JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL REFAI, MD, an individual, and REFAI PROPERTIES, LLC, a Georgia limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>RAMAN REFAEI, an individual,<br><br>    Defendants. | Case No.: 8:24-cv-02720-DOC-JDE<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT RAMAN REFAEI** [21] |

- 1 -

**DEFAULT JUDGMENT**

## JUDGMENT BY DEFAULT

Default was entered against Defendant Raman Refaei on January 24, 2025 (Dkt. 14). Plaintiffs Daniel Refai, MD and Refai Properties, LLC have requested entry of clerk's judgment pursuant to Fed. R. Civ. P. 55(b)(1) and L.R. 55-1. Plaintiffs have filed declarations stating the amount due and stating that Defendant Raman Refaei is not in the military service. Furthermore, it appears from the record that this Defendant Raman Refaei is not an infant or incompetent person.

Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), judgment is entered against Defendant Raman Refaei in favor of Plaintiffs in the total amount of $2,447,044.97, consisting of: (a) principal in the amount of $1,538,000.00; (b) interest in the amount of $857,534.28; and (c) attorneys' fees and litigation expenses of $51,510.69, as allowed by L.R. 55-3.

Dated:  March 21, 2025

*/s/ David O. Carter*
Hon. David O. Carter
U.S. District Judge